UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUDDY JONATHAN SHAW, JR., <br><br> Petitioner, <br><br> v. <br><br> J. ENGLEMAN, WARDEN, <br><br> Respondent. | Case No. 2:24-cv-06899-CV-JC <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

 The Court has conducted the review required by 28 U.S.C. § 636, has considered petitioner's objections ("Objections") to the Magistrate Judge's January 8, 2025 Report and Recommendation ("Report and Recommendation"), and has made a de novo determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

 IT IS HEREBY ORDERED that (1) Petitioner's requests for appointment of counsel and an evidentiary hearing are denied; (2) the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is denied and this action is dismissed with

///

///

prejudice; (3) Judgment shall be entered accordingly; and (4) the Clerk shall serve copies of this Order and the Judgment on Petitioner and counsel for Respondent.

IT IS SO ORDERED

DATED: 4/16/25

*Cynthia Valenzuela*

HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE