UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BUDDY JONATHAN SHAW, JR., | Case No. 2:24-cv-06899-CV-JC |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| J. ENGLEMAN, WARDEN, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: 4/16/25

*Cynthia Valenzuela*
HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE